**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**MONTE ALBERT,**

***Plaintiff,***

**v.** **Case No. 5:25-CV-1679-JKP**

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,**

***Defendants.***

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is a Report and Recommendation ("R&R") of United States Magistrate Judge (ECF No. 42), wherein the assigned Magistrate Judge recommends that the undersigned grant a Motion to Dismiss (ECF No. 30) filed by Defendants. Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants contend that this matter is moot. The Magistrate Judge considered the response (ECF No. 32) and reply (ECF No. 35) but declined to consider a sur-reply that Plaintiff filed without leave of court. Based on the law set out in the R&R, the Magistrate Judge agreed that this action is moot. It notified the parties of their right to object.

Plaintiff thereafter filed timely objections (ECF No. 43) to which Defendants have filed a response (ECF No. 45), which prompted Plaintiff to file a notice (ECF No. 46) to correct the omission of a referenced exhibit. And more recently, Plaintiff has moved to amend and supplement. *See* ECF No. 47.

The District Court has reviewed *de novo* those portions of the recommendation to which objection was made and reviewed the remaining portions for clear error. Finding no error, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge (ECF

No. 42). The Court **OVERRULES** the asserted objections, **GRANTS** the Motion to Dismiss (ECF No. 30), and **DISMISSES** this action without prejudice as moot. Furthermore, the Court **DENIES** Plaintiff's Motion for Leave to File Amended and Supplemental Complaint (ECF No. 47). The proposed amendment does not cure the jurisdictional issue. By separate filing, the Court will enter final judgment dismissing this action as moot.

**It is so ORDERED this 2nd day of November 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**